IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02609-RBJ

ANGELA BACA DeGARIE,

    Plaintiff,

v.

ARVADA FIRE PROTECTION DISTRICT and
CHIEF JON GREER,

    Defendants.

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the Parties have jointly stipulated to the dismissal of this action with prejudice, each Party to bear their own costs.

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

DATED this 22nd day of September, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1

2